UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAWN LEWIS, etc.,

      Plaintiff,

v.                                              CASE NO. 3:25-cv-513-MMH-SJH

SHERIFF T.K. WATERS, etc.,

      Defendant.
_____/

## **ORDER**

Defendant's Disclosure Statement (Doc. 8) fails to provide the information required by Rule 7.1 of the Federal Rules of Civil Procedure, Local Rule 3.03, or both. As of April 1, 2024, the Court approved a new disclosure statement form that accords with the rules. The form is in the "forms" section of the Court's website, www.flmd.uscourts.gov. The Court will therefore **strike** Defendant's Disclosure Statement (Doc. 8) and direct Defendant to file a new disclosure statement using the correct form.

Additionally, Plaintiff has failed to file a disclosure statement as required by Local Rule 3.03. The Court will therefore direct Plaintiff to file a disclosure statement using the standard form found on the Court's website.

Accordingly, it is **ORDERED**:

1.     Defendant's Disclosure Statement (Doc. 8) is **stricken**.

2.     On or before **June 11, 2025**, the parties shall each file a disclosure

statement using the correct form.

      **DONE AND ORDERED** in Jacksonville, Florida, on June 4, 2025.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record